| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Bluebond, Sheri A. | 2. Court or Organization<br><br>Central District of California | 3. Date of Report<br><br>3/31/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

| 7. Chambers or Office Address<br><br>255 E. Temple Street<br>Suite 1534<br>Los Angeles, CA 90012 |
|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Trustees | Los Angeles Bankruptcy Forum |
| 2. | Trustee | Trust No. 1 |
| 3. | Member, Board of Governors | Financial Lawyers Conference |
| 4. | Member, Board of Trustees; Assistant Vice President | Los Angeles County Bar Association |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 3/31/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | GlassRatner Advisory & Capital Group LLC -- Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Bankruptcy | 1/22 to 1/24/2016 | Tucson, AZ | Attendance at Circuit Retreat | Hotel, Meals, Airfare, Tuition, Local Transportation |
| 2. | American College of Bankruptcy | 03/17 to 03/20/2016 | Washington, DC | Attendance at Annual Conference | Hotel, Parking, Meals, Local Transportation |
| 3. | California Bankruptcy Forum Conference | 05/19 to 05/22/2016 | Indian Wells, CA | Speaker at Annual Conference | Hotel, Meals, Tuition |
| 4. | National Conference of Bankruptcy Judges | 10/25 to 10/29/2016 | San Francisco, CA | Attendance at Annual Meeting and Conference | Hotel, Parking, Airfare, Meals, Local Transportation |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 3/31/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 3/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Microsoft, common stock | A | Dividend | J | T | | | | | |
| 2. Cisco, common stock | A | Dividend | | | Sold | 05/24/16 | J | A | |
| 3. General Electric, common stock | A | Dividend | J | T | | | | | |
| 4. Pfizer, common stock | A | Dividend | J | T | | | | | |
| 5. Scholarshare Active Age-Based Portfolio 9-10 | E | Interest | N | T | | | | | |
| 6. VCA Inc., common stock (See Section VIII) | A | Dividend | J | T | | | | | |
| 7. Trust #1 | | | | | | | | | |
| 8. -Capstone Turbine Corp., common stock | | None | J | T | | | | | |
| 9. -Broadcomm, common stock | | None | | | Sold | 01/04/16 | M | G | |
| 10. -Wells Fargo Bank (Accounts) | A | Interest | L | T | | | | | |
| 11. -Stamps.com, common stock | | None | K | T | | | | | |
| 12. -First Eagle Global Mutual Fund | A | Dividend | K | T | | | | | |
| 13. | B | Distribution | | | | | | | |
| 14. -Fidelity Gov't Cash Reserve fka Fidelity Municipal Money Market Fund | A | Dividend | J | T | | | | | |
| 15. -Fidelity Advisor Real Estate CL I Mut Fund | A | Dividend | | | Sold | 12/13/16 | J | A | |
| 16. -Fidelity California Municipal Income Fund | B | Dividend | K | T | Buy (add'l) | 12/13/16 | J | | |
| 17. -Deutsche Mngd Muni Bd Fd | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 3/31/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | A | Distribution | | | | | | | |
| 19. -Deutsche Strategic High Yield Tax Free | A | Dividend | | | Buy | 09/19/16 | J | | |
| 20. | | | | | Sold | 12/13/16 | J | A | |
| 21. -Invesco Int'l Growth Fund | A | Dividend | J | T | Sold (part) | 02/18/16 | J | A | |
| 22. -Artisan Value Fund Investor CL | A | Dividend | J | T | Sold (part) | 03/22/16 | J | A | |
| 23. | | | | | Sold (part) | 04/29/16 | J | A | |
| 24. -Artisan Small Cap Fund Investor CL | A | Distribution | J | T | | | | | |
| 25. -Fidelity Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 26. | A | Distribution | | | | | | | |
| 27. -Fidelity Growth Company Fund | A | Distribution | J | T | | | | | |
| 28. | A | Distribution | | | | | | | |
| 29. -Fidelity Advisor New Insights CL I | A | Dividend | J | T | | | | | |
| 30. | A | Distribution | | | | | | | |
| 31. -Fidelity Low Priced Stock Fund | A | Dividend | J | T | Sold (part) | 02/17/16 | J | A | |
| 32. | A | Distribution | | | Sold (part) | 03/22/16 | J | A | |
| 33. | | | | | Sold (part) | 04/29/16 | J | A | |
| 34. | | | | | Sold (part) | 07/05/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 3/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -IShares TR Russell 1000 ETF | A | Dividend | K | T | Buy (add'l) | 02/22/16 | J | | |
| 36. -IShares TR Russell Midcap ETF | A | Dividend | J | T | | | | | |
| 37. -IShares Russell 1000 Growth ETF | A | Dividend | J | T | Buy | 02/22/16 | J | | |
| 38. | | | | | Sold (part) | 05/04/16 | J | A | |
| 39. -IShares TR EAFE Growth ETF | A | Dividend | J | T | Buy | 12/15/16 | J | | |
| 40. -IShares Inc. Core MSCI Emerg Markets | A | Dividend | J | T | Buy | 05/04/16 | J | | |
| 41. -IShares TR Russell Midcap Value Index ETF | A | Dividend | J | T | | | | | |
| 42. -MFS Int'l Diversification Fund A | A | Dividend | K | T | | | | | |
| 43. -MFS Int'l Value Fund CL A | A | Dividend | J | T | Sold (part) | 05/02/16 | J | A | |
| 44. | A | Distribution | | | Sold (part) | 09/09/16 | J | A | |
| 45. | | | | | Sold (part) | 12/13/16 | J | A | |
| 46. -Morgan Stanley Global Real Estate Port | A | Dividend | J | T | | | | | |
| 47. -Oppenheimer Dev Markets Fd | | None | | | Sold | 02/18/16 | J | A | |
| 48. -T Rowe Price Small Cap Stock Advisor CL | A | Distribution | J | T | Sold (part) | 02/18/16 | J | A | |
| 49. | | | | | Sold (part) | 07/06/16 | J | A | |
| 50. -T Rowe Price Tax Free High Yield | A | Dividend | J | T | Buy | 12/13/16 | J | | |
| 51. -Prudential Jennison Mid Cap Growth CL A Fund | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 3/31/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Vanguard Index FDS Vanguard Value | B | Dividend | K | T | Sold (part) | 09/21/16 | J | A | |
| 53. -Vanguard Index FDS Vanguard Growth | A | Dividend | K | T | Sold (part) | 02/22/16 | J | A | |
| 54. -Wells Fargo Short Term Muni Inc. | A | Dividend | J | T | Sold (part) | 02/18/16 | J | A | |
| 55. | A | Distribution | | | Buy (add'l) | 07/06/16 | J | | |
| 56. | | | | | Buy (add'l) | 12/13/16 | J | | |
| 57. -Wells Fargo Muni Bond Fd-Admin CL | A | Dividend | J | T | Sold (part) | 02/18/16 | J | A | |
| 58. | A | Distribution | | | | | | | |
| 59. -Fidelity Emerging Markets Fund | | None | | | Sold | 02/18/16 | J | A | |
| 60. -Franklin Int'l Small Cap Growth Advisor | | None | | | Sold (part) | 02/18/16 | J | A | |
| 61. | | | | | Sold (part) | 05/02/16 | J | A | |
| 62. | | | | | Sold (part) | 09/19/16 | J | A | |
| 63. | | | | | Sold | 12/13/16 | J | A | |
| 64. -Franklin Conv Securities Advisor | | None | | | Sold | 02/18/16 | J | A | |
| 65. -Oppenheimer Int'l Growth CL1 | A | Dividend | J | T | Buy | 02/18/16 | J | | |
| 66. -Oppenheimer Int'l Bond Fund | A | Dividend | | | Buy (add'l) | 02/18/16 | J | | |
| 67. | | | | | Sold | 12/13/16 | J | A | |
| 68. -Sector Spdr TR SHS Ben Int'l Fin'l | B | Dividend | J | T | Sold (part) | 02/22/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | A | Distribution | | | Sold (part) | 05/04/16 | J | A | |
| 70. | | | | | Sold (part) | 07/08/16 | J | A | |
| 71. | | | | | Sold (part) | 10/21/16 | J | A | |
| 72. -Transamerica Int'l Equity Fund | | None | | | Sold | 02/18/16 | J | A | |
| 73. -MainstayTax Free Bond Class A | A | Dividend | | | Buy | 03/23/16 | J | | |
| 74. | | | | | Sold | 12/13/16 | J | A | |
| 75. -MS Frontier Emerging Markets Fund | | None | | | Sold | 07/06/16 | J | A | |
| 76. -T Rowe Price Emerging Markets Fund | | None | | | Sold | 02/18/16 | J | A | |
| 77. -Wasatch Frontier Emerging Small Cos. | | None | J | T | Sold (part) | 03/23/16 | J | A | |
| 78. | | | | | Sold (part) | 05/02/16 | J | A | |
| 79. | | | | | Sold (part) | 07/06/16 | J | A | |
| 80. | | | | | Sold (part) | 09/19/16 | J | A | |
| 81. -Blackrock High Yield Bond Port | A | Dividend | | | Sold | 02/18/16 | J | A | |
| 82. -Templeton Global Bond Fund Class A | A | Dividend | J | T | Sold (part) | 02/18/16 | J | A | |
| 83. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 84. | | | | | Buy (add'l) | 12/13/16 | J | | |
| 85. -Causeway Emerging Markets Fund | A | Dividend | J | T | Buy | 02/18/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 87. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 88. -Eaton Vance Income Fund of Boston | A | Dividend | J | T | Buy | 02/18/16 | J | | |
| 89. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 90. -Vanguard Index FDS Vanguard Large Cap | | None | | | Sold | 02/22/16 | J | A | |
| 91. -Vanguard Sector Index FDS Vanguard | A | Dividend | J | T | Buy | 02/22/16 | J | | |
| 92. -Aberdeen Emerging Markets FD | A | Dividend | J | T | Buy | 02/18/16 | J | | |
| 93. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 94. -Invesco Convertible Securities FD | A | Dividend | J | T | Buy | 02/18/16 | J | | |
| 95. | | | | | Buy (add'l) | 05/02/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 3/31/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The entries that appear in Part VII of this report refer to my assets (with the exception of line 5, which refers to 529 accounts held for the _____, and line 6, which refers to stock held for the _____). I am not reporting assets that belong to my spouse, as, due to a premarital agreement, these assets are the sole financial interest and responsibility of my spouse and are not derived from any of my assets, income or activities. I, as the reporting person, do not derive or expect to derive a benefit of any kind from my spouse's assets and have no knowledge of the assets or activities related to these assets.

The common stock of VCA Inc. was not acquired during 2016, but met the reporting threshold for the first time in 2016.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sheri A. Bluebond**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544